Sean Ferry, Esq.
sferry@rasflaw.com
ROBERTSON, ANSCHUTZ & SCHNEID
7676 Hazard Center Dr., Ste 500
San Diego, CA 92108
Telephone: (561) 241-6901 ext.2036

Attorneys for Creditor
DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE FOR ARGENT SECURITIES INC.,
ASSET-BACKED PASS-THROUGH CERTIFICATES,
SERIES 2006-W2

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| **In re** <br><br> **Renee Anne Whitlock-Hemsouvanh,** <br><br> Debtor. | Case No. **17-10301** <br> Chapter 13 <br> **STIPULATION GRANTING ADEQUATE PROTECTION PAYMENTS** |

This Stipulation Granting Adequate Protection Payments ("Stipulation") is entered by Deutsche Bank National Trust Company, As Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-W2 (collectively the "Creditor"), by and through its attorneys of record, Robertson, Anschutz & Schneid, and Renee Anne Whitlock-Hemsouvanh ("Debtor"), by and through their attorney of record, Craig A. Burnett. Debtor and Creditor are collectively sometimes referred to herein as the "Parties."

The property which is the subject of this Stipulation is commonly known as 3421 Bonita Vista Ln, Santa Rosa, CA 95404 ("Property").

**THE PARTIES STIPULATE AS FOLLOWS:**

1. Debtor shall tender regular monthly payments in the amount of **$1,685.06**, which amount is subject to change, pursuant to the terms of the note and deed of trust, commencing October 1, 2018, and continuing until all such outstanding amount under the Note are to be paid in full.

2. The post-petition arrears are calculated as follows:

**Monthly Mortgage Payments**:

| Payment Due Date | Monthly Payment Amount | Missed Payments |
|---|---|---|
| 7/1/2018 - 9/1/2018 | $1,685.06 | 3 |
| | **TOTAL:** | **$5,055.18** |

**Attorney's Fees & Costs for the Motion**:

Attorney's Fees:                             $850.00
Costs (Filing Fee):                     $181.00
**TOTAL:**                                     **$1,031.00**

**Total Arrears**:

Post-Petition Delinquent Payments:      $5,055.18
Fees & Costs                                $1,031.00
Suspense                                      $(0.00)

**TOTAL:**                                          **$6,086.18 (the "Post-Petition Arrears")**

3. In addition to regular monthly payments, Debtor shall also tender payments in the sum of **$676.24,** commencing October 15, 2018, and continuing on the 15th day of each month thereafter until May 15, 2019, with a final payment in the amount of $676.26 on June 15, 2019.

All payments due and owing under the Note and to cure the Post-Petition Arrears pursuant to this Stipulation shall be paid to Creditor as follows:

Ocwen Loan Servicing, LLC

ATTN: CASHIERING DEPARTMENT

1661 Worthington Road, Suite 100,

West Palm Beach, FL 33409

4. In the event of any future default of any provision of this Stipulation, Creditor shall provide written notice to Debtor via U.S. First Class Mail at 5036 Hessel Road, Sebastpool, CA 95472 and to Debtor's counsel via email at cburnett@nomoredebt.com, indicating the nature and extent of the default. If Debtors fail to cure the default with certified funds after the passage of ten (10) calendar days from the date that the written notice of default is placed in the mail,

then Creditor may file an *Ex Parte* Declaration of Non-Cure and lodge an Order Terminating the Automatic Stay with respect to the Property with the Bankruptcy Court. Upon entry of the Order Terminating the Automatic Stay, the automatic stay under 11 U.S.C. § 362(a) and the co-debtor stay under 11 U.S.C. § 1301(a) (to the extent applicable) shall immediately be terminated in its entirety so that Creditor may proceed under applicable non-bankruptcy law to enforce its rights and remedies against the Property, including but not limited to, commencing non-judicial foreclosure proceedings and obtaining possession of the Property without further order of the Bankruptcy Court.

5. The acceptance by Creditor of a late or partial payment shall not act as a waiver of Creditor's right to proceed hereunder.

6. In the event that Creditor is granted relief from the automatic stay, Creditor and Debtors hereby stipulate and agree that the fourteen (14) day stay provided for by Federal Rule of Bankruptcy Procedure 4001(a)(3) shall be waived in its entirety.

7. The foregoing terms and conditions shall be binding only during the pendency of the above-captioned bankruptcy case. If, at any time, the automatic stay under 11 U.S.C. § 362(a) and/or the co-debtor stay under 11 U.S.C. § 1301(a) (to the extent applicable) is terminated with respect to the Property by court order or by operation of law, the terms and conditions of this Stipulation shall cease to be binding and Creditor may proceed to enforce its remedies under applicable non-bankruptcy law against the Property, Debtors, and/or any co-debtor (to the extent applicable).

8. In the event that this case is converted to a case under Title 11, Chapter 7 of the United States Code, the automatic stay provided for under 11 U.S.C. § 362(a) with respect to the Property shall automatically be terminated in its entirety without any further notice, order, or proceeding of the Bankruptcy Court. Further, if the automatic stay under 11 U.S.C. § 362(a) is terminated as a matter of law, the foregoing terms and conditions shall cease to be binding and Creditor may proceed to enforce its remedies under applicable non-bankruptcy law against the Property, Debtors, and/or any co-debtor (to the extent applicable).

9. Relief from the automatic stay under 11 U.S.C. § 362(a) and the co-debtor stay

under 11 U.S.C. § 1301(a), with respect to the Property, shall be granted as to the above-captioned bankruptcy estate (to the extent such estate exists) and as to the Chapter 13 Trustee for the above-captioned Bankruptcy Case.

10. Any notice that Creditor shall be required to provide to Debtors or Debtors' attorney pursuant to the terms of this Stipulation shall not in any manner whatsoever be construed to be a communication under the Fair Debt Collection Practices Acts (FDCPA) as set forth in 15 U.S.C. § 1692 *et seq.*

**IT IS SO STIPULATED AND AGREED**:

**LAW OFFICE OF CRAIG A. BURNETT**

Dated: 9/19/18

_____
CRAIG A. BURNETT
Attorneys for Debtor

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**

Dated: 9/19/2018

/s/ Sean C. Ferry
_____
SEAN FERRY
Attorneys for Creditor

- 4 -    CASE NO. 17-10301
**STIPULATION GRANTING ADEQUATE PROTECTION PAYMENTS**